<div style="text-align:right">
C.S. Cardillo, P.C.<br>
228 Park Avenue S, Suite 88144<br>
New York, NY 10003<br>
T. 347-309-0000<br>
Email: chris@ccardillo.com
</div>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2024
```

December 5, 2024

**VIA CM/ECF**

Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square - Courtroom 443
New York, NY 10007



   Re:   **Velasquez v. Manhattan Grand Optical Corp., et al.**
         **Case 1:24-cv-04464-VEC**

Dear Judge Caproni:

   The undersigned represents the Defendants in the above-captioned case. Per Order [D.E. 12], the Initial Pretrial Conference in this matter is currently scheduled for December 13, 2024, at 10:00 a.m., in your Honor's Courtroom. However, the Mediator was only recently assigned in November and a Pre-Mediation Conference has been scheduled for December 12. We are hoping to schedule the mediation for some time in mid-January.

   Because of the above mediation scheduling we respectfully request a 30-day adjournment of the Conference to a date most convenient to this Honorable Court. The parties are available to reschedule the Conference for January 17 or January 24 and also February 2 as alternate date.

   The undersigned conferred with Plaintiff's counsel, who is not opposed to this motion.

   Thank you for your consideration of this first adjournment request.

<div style="margin-left:50%">
Respectfully submitted,<br>
/s/ Christopher S. Cardillo, Esq.<br>
Christopher S. Cardillo, Esq.<br>
Attorney for Defendants<br>
C. S. Cardillo, P.C.<br>
228 Park Avenue S<br>
New York, NY 10003<br>
Telephone: (347) 309-0000<br>
Email: chris@ccardillo.com
</div>

Application GRANTED.  The Initial Pretrial Conference scheduled for Friday, December 13, 2024, at 10:00 A.M. is ADJOURNED to **Friday, January 17, 2025, at 10:00 A.M.**

The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 15 and 16 as moot.

SO ORDERED.

*[signature]*   12/6/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE